IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 10-MJ-00127-DLW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  MANUEL GARCIA-VARGAS,
    Defendant.
_____

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**
_____

      **THIS MATTER** came before the Court for a detention hearing on July 26, 2010. Present were the following: Todd Norvell, Assistant United States Attorney, Brian K. Schowalter, counsel for the Defendant, Jean Lyle, Interpreter, and the Defendant. The Defendant and his counsel executed a written Waiver of Detention which was accepted by the Court.

      If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

      The Bail Reform Act at 18 U.S.C. §3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

- the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

- the weight of the evidence against the person;

- the history and characteristics of the person, including –

1

- the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

- whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

- the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In making my findings of fact, I have taken judicial notice of the Criminal Complaint and the Pretrial Services Report from the District of New Mexico. I further note that during the detention hearing on July 26, 2010, the Defendant did not contest the United States' motion for pretrial detention. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First the defendant has been charged under 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 846, Conspiracy to Distribute/Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine. The Court finds that the Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required or the safety of the community.

Finally, there is an I.C.E. Detainer lodged against the Defendant.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community and, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the

Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DATED and ENTERED** this 26th day of July, 2010.

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**